

JOHN F. MEESE
President
General Offices:
1925 K Street, N.W.
Suite 400
Washington, D.C. 20006
Tele. 202-293-3812
FAX 202-293-4287
Email JMtrades@aol.com

EXECUTIVE COUNCIL
CHARLES W. JONES
First Vice-President
JOHN J. BARRY
Second Vice-President
JAKE WEST
Third Vice-President
FRANK HANLEY
Fourth Vice-President
DOUGLAS J. McCARRON
Fifth Vice-President
MARTIN J. MADDALONI
Sixth Vice-President
R. THOMAS BUFFENBARGER
Seventh Vice-President
MICHAEL E. MONROE
Eighth Vice-President
MICHAEL J. SULLIVAN
Ninth Vice-President
TERRENCE M. O'SULLIVAN
Tenth Vice-President

**Metal Trades Department**

American Federation of Labor and Congress of Industrial Organizations

June 12, 2002

Mr. Martin Campbell, Business Rep.
Asbestos Workers Local 14
6513 Bustlenton Avenue
Philadelphia, PA 19149-2906

Dear Business Rep. Campbell:

    Enclosed is a temporary restraining order entered on an ex parte basis last evening by U.S. District Court Judge Yohn in a lawsuit filed yesterday by Kvaerner Philadelphia Shipyard. The order prohibits any refusal or encouragement of a refusal to perform work at the Shipyard, any picketing or striking, or any other disruption with Kvaerner's business at the Shipyard. The order should be immediately complied with by all concerned.

    However, we wish to point out that neither the Metal Trades Department nor any of its representatives, nor the Philadelphia Council itself, ever authorized, encouraged, ratified supported in any way any picketing or other job actions at the Shipyard. We also understand that neither the Council nor any employees of the company represented by the Council and the Department engaged in any such conduct or refused to report for work. And, as we further understand, any picketing that occurred was engaged in by another labor organization, Asbestos Workers Local 14.

We would also point out that the company itself never mad e a proper written request in accordance with the procedures of the collective bargaining agreement for the assistance of the Department or the Council in ending any unauthorized picketing. Nevertheless, by this letter we are notifying all concerned that we disavow and disapprove of any such actions and notifying all employees that they should continue to work. Again, all parties should comply with the court's order. A hearing on whether the restraining order should be continued has been set for June 21, 2002 at 9:30a.m. in federal court in Philadelphia.

Fraternally yours,

*[signature]*

John F. Meese
President