UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| KVAERNER PHILADELPHIA SHIPYARD, INC., )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>PHILADELPHIA METAL TRADES COUNCIL, *et al.*, )<br>)<br>Defendant. )<br>) | No. 02-CV-3710 |

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing (1) Memorandum of Defendants Philadelphia Metal Trades Council, Ron Ault and Philip Rowan in Opposition to Plaintiff's Motion for Preliminary Injunction, (2) Declaration of Ron Ault, with exhibits, and (3) Answer of Defendants Philadelphia Metal Trades Council, Ron Ault and Philip Rowan have been served by hand, this 20th day of June, 2002, upon the following:

Kelly A. Walenda, Esq.
BALLARD SPAHR ANDREWS & INGERSOLL, LLP
1735 Market Street, 51st Floor
Philadelphia, PA 19103-7599

Michael N. Katz, Esq.
MERANZE & KATZ
225 S. 15th Street, 12th Floor
Philadelphia, PA 19102-3977

_____
Robert Curley