IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| KVAERNER PHILADELPHIA SHIPYARD, INC. | : CIVIL ACTION :  :  |
| vs. | : : |
| PHILADELPHIA METAL TRADE COUNCIL, ET AL. | : : NO. 02-3710 |

O R D E R

**AND NOW**, this 21st day of June, 2002, after partial hearing in the above matter, **IT IS HEREBY ORDERED** that the temporary restraining order issued June 11, 2002 is **CONTINUED**.

**IT IS FURTHER ORDERED** that counsel for Local 14 shall organize a telephone conference with counsel for all parties and the court during the week of June 24, 2002 to consider a possible resolution of this matter or a resumption of the hearing.

William H. Yohn, Jr., Judge